**Opinion issued May 21, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-01053-CV

_____

**FARIBOZ SHOJAI, Appellant**

**V.**

**MORRELL MASONRY SUPPLY, INC., Appellee**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-55588A**

---

## MEMORANDUM OPINION

Appellant, Fariboz Shohai, has filed a motion to dismiss this appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Landau.